```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | JILL THOMAS
   | Assistant U.S. Attorney
 3 | MATTHEW P. DE MOURA
   | Certified Law Clerk, Misdemeanor Unit
 4 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 5 | Telephone: (916) 554-2936
 6 |
 7 |
 8 |                IN THE UNITED STATES DISTRICT COURT
 9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   Cr. No. S-11-018 GGH
                                  )
12 |         Plaintiff,            )   Order
                                  )
13 |     v.                        )
                                  )
14 | GEORGE E. SWAIN,              )   DATE: February 28, 2011
                                  )   TIME: 9:00 a.m.
15 |         Defendant.            )   JUDGE: Hon. Gregory G. Hollows
   | _____)
16 |
17 |      It is Hereby Ordered that the plaintiff United States of
18 | America's motion to dismiss Cr. No. S-11-018 GGH is GRANTED.
19 |      IT IS SO ORDERED.
20 | Dated: February 28, 2011
21 |                                      /s/ Gregory G. Hollows
                                          _____
22 |                                      Hon. Gregory G. Hollows
                                          United States Magistrate Judge
```